# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 05-12033-WRS
                                               Chapter 7
MARIE TURNER,

    Debtor

MARIE TURNER,

    Plaintiff                              Adv. Pro. No. 08-01060-WRS

  v.

JAY AUTO GROUP,

    Defendant

## MEMORANDUM DECISION

    This Adversary Proceeding comes before the Court upon Plaintiff Marie Turner's Motion for entry of Default Judgment. (Doc. 7). Based upon its review of the record in this Adversary Proceeding, it appears that service of process was made upon the Defendant on June 11, 2008. The Court's record does not indicate that an answer or appearance has been made by the Defendant and Plaintiff's counsel has advised that no answer has been received by him. It appears that Plaintiff's Motion for entry of Default Judgment should be GRANTED. The Court will enter judgment by way of a separate document.

    Done this 20th day of August, 2008.

                                                 /s/ William R. Sawyer
                                               United States Bankruptcy Judge

c: Jay Auto Group, *pro se*
   Collier H. Espy Jr., Attorney for Plaintiff